Bruce W. Orman, Pro Se
1149 Thistlewood Avenue
Chula Vista, California 91913
(619) 961-7875

FILED

2008 MAY 28  PM 4:08

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ KNIT _____DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bruce W. Orman,<br><br>    Plaintiff,<br><br>vs.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., MIDLAND MORTGAGE CO. and QUALITY LOAN SERVICE CORP.,<br><br>    Defendants. | CASE NO.<br><br>'08 CV 0943 J NLS<br><br>**MOTION FOR EX PARTE**<br>**TEMPORARY RESTRAINING ORDER** |

MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER

1.

    Plaintiff further move this Honorable Court Ex Parte for a Temporary Restraining Order enjoining and restraining the named Defendants from selling the property at a foreclosure sale scheduled for May 29, 2008.

2.

Plaintiff will suffer irreparable injury if the foreclosure sale is not enjoined until plaintiff has a fair and adequate opportunity to have his claims heard. Plaintiff may well have the right to rescind the subject mortgage loan transaction. 15

1  USC 1635 (f) provides for a three (3) year limitation. Further,
2  it is likely that plaintiff will prevail on his claims of truth
3  in lending violations as the potential violations are numerous,
4  as more fully and particularly set forth in Plaintiff's
5  Complaint.

6                                3.

7      In an abundance of caution and based upon legal and
8  equitable considerations, this Court should enter a Preliminary
9  Temporary Restraining Order to enjoin any foreclosure sale to
10 allow Plaintiff and Defendants to set forth their respective
11 claims. Further, the scheduled foreclosure sale would cut off
12 Plaintiff's right to seek rescission under 15 U.S.C. 1635 (f).

13                               4.

14     This motion is filed on an emergency basis in that if the
15 foreclosure sale goes forward, that Plaintiff will lose the
16 property, possession of the property and all of his equity in
17 the property even if his claims are meritorious. Plaintiff
18 requests that the Court grant the Temporary Restraining Order
19 prior to Defendant's being heard in opposition due to the
20 pending foreclosure sale there is no time for Defendant's to be
21 heard prior to the foreclosure sale. Plaintiff requests that the
22 Court grant a Preliminary Temporary Restraining Order without
23 bond, as plaintiff is unable to provide a bond of any kind or
24 type.

25                               5.
26
27     When the potential harm to the plaintiff is balanced
28 against the rights of the defendants, greater injury will be

1  inflicted upon plaintiff in the loss of his home than upon
2  defendants. Serious questions are raised and the balance of
3  hardship tips in the favor of Plaintiff, his hardship being
4  greater, while the hardship on Defendants is lesser. Since the
5  probability of success on Plaintiff's claim is likely and his
6  hardship is greater, this Court should grant the Temporary
7  Restraining Order.

6.

9  The public interest will be served by allowing plaintiff to
10 remain in the home, preventing him from becoming homeless.

7.

12 Plaintiff has given notice of these proceedings to both
13 Defendants and this request for a temporary restraining Order as
14 evidenced by the certificate of service which accompanies this
15 request.
16 WHEREFORE, Plaintiff respectfully pray that this Honorable
17 Court grant to him the following relief:

8.

19 Accept jurisdiction over the parties and the subject matter
20 of this cause, and

9.

22 Enter a Preliminary Temporary Restraining Order enjoining
23 and restraining the foreclosure sale scheduled for May 29, 2008
24 and

10.

26 Grant the Preliminary Restraining Order without bond.

11.

1   Grant such other and further relief as the Court deems
2 equitable, appropriate and just.
3
4

**VERIFICATION**

I verify, under the penalty of perjury, that I have read the foregoing MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER and that the facts and allegations contained therein are true and correct.

                              _/s/ Bruce W. Orman_
                              Bruce W. Orman, Plaintiff
                              Pro Se
                              1149 Thistlewood Avenue
                              Chula Vista, CA 91913
                              (619) 961-7875

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Second Amended Verified Complaint and Motion for Temporary Restraining Order has been furnished by mail to Defendant Downey Savings and Loan Association F.A. at 9620 Chesapeake Drive, #106 San Diego, CA 92123 and to Defendant Midland Mortgage Co., at P.O. Box 26648 Oklahoma City, OK 73126 and to Defendant Quality Loan Service Corp. at 7141 5th Avenue San Diego, CA 92101 this 28th day of May, 2008.

*[signature]*
Bruce W. Orman, Plaintiff
Pro Se

May 28, 2008
Dated