Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Bruce W. Orman,

   Plaintiff

vs

DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., MIDLAND MORTGAGE CO. and QUALITY LOAN SERVICE CORP.,

   Defendants.

FILED
2008 MAY 28 PM 4:16
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ KMK _____ DEPUTY

**SUMMONS IN A CIVIL ACTION**

Case No. **'08 CV 0943 J NLS**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Bruce W. Orman
1149 Thistlewood Avenue
Chula Vista, CA 91913

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MAY 28 2008

W. Samuel Hamrick, Jr.
CLERK
K. HAMMERLY

By _____, Deputy Clerk

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)