# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE W. ORMAN,<br><br>                              Plaintiff,<br>  vs.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.; MIDLAND MORTGAGE CO.; AND QUALITY LOAN SERVICE CORP.,<br><br>                            Defendant. | CASE NO. 08CV0943 DMS (NLS)<br><br>**ORDER RE: HEARING ON EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER** |

On May 28, 2008, Plaintiff filed his complaint, along with a motion for an ex parte temporary restraining order, seeking an order from the Court preventing the sale of his property at a trustee sale scheduled for May 29, 2008 at 10:00 AM. The Court has since been informed that the sale was postponed until June 12, 2008. As there is now time to allow all parties to be heard, the Court shall hear the matter on Friday, June 6, 2008 at 1:30 PM. All parties who attend the hearing shall bring any supporting documentation. Parties are invited to file briefs in advance of the hearing, not to exceed 20 pages in length, on or before June 5, 2008 at 12:30 PM.

**IT IS SO ORDERED.**

DATED: May 29, 2008

                                                        HON. DANA M. SABRAW<br>                                                        United States District Judge