1  **McCARTHY & HOLTHUS, LLP**
   Daniel J. Goulding, Esq.  (SBN: 120561)
2  Matthew Podmenik, Esq. (SBN: 219364)
   David C. Scott, Esq. (SBN: 225893)
3  1770 Fourth Avenue
   San Diego, CA  92101
4   Telephone:     (619) 243-3964
    Facsimile:     (619) 685-4811
5  Attorneys for Defendant,
   Midland Mortgage Co.
6

7

8                    **UNITED STATES DISTRICT COURT**

9           **IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| Bruce W. Orman, | Case No. 08CV0943JNLS |
|---|---|
| Plaintiff, | **MIDLAND MORTGAGE CO.'S** |
| v. | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO PLAINTIFF'S REQUEST FOR A RESTRAINING ORDER** |
| Downey Savings and Loan Association et al., | |
| Defendants. | |
|  | Date: 6/06/2008 |
|  | Time: 1:30 p.m. |
|  | Crtrm.: 10 |

15        Defendant, MIDLAND MORTGAGE CO. ("Midland") respectfully requests the court to

16  take judicial notice of the following in support of their opposition to Plaintiff's request for a

17  temporary restraining order:

18        1.      Substitution of trustee recorded on May 27, 2008 as instrument no.2008-0282646

19  in the San Diego County Recorder's Office, a true and correct copy of which is attached hereto as

20  **Exhibit "1"**; and

21        2.      Notice of Trustee's Sale, recorded on May 27, 2008 as instrument no.2008-

22  0282647 in the San Diego County Recorder's Office, a true and correct copy of which is attached

23  hereto as **Exhibit "2"**.

24  ///

25  ///

26  ///

27  ///

28

L:\Word Legacy Documents\Templates\Civil\CA Answer.doc

*(left margin, vertical text)* McCARTHY & HOLTHUS, LLP · ATTORNEYS AT LAW · 1770 FOURTH AVENUE · SAN DIEGO, CALIFORNIA  92101 · TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4810

1    Exhibits 1 and 2 are records of the San Diego County Recorder, an executive Department

2    of the County of San Diego in the State of California and thus, under Federal Rule of Evidence §

3    201 are properly the subject of a request for judicial notice.

4    Federal Rule of Evidence § 201 states in pertinent part:

6    "Judicial Notice of Adjudicative Facts … (b) Kinds of facts. A judicially
     noticed fact must be one not subject to reasonable dispute in that it is
7    either (1) generally known within the territorial jurisdiction of the trial
     court or (2) capable of accurate and ready determination by resort to
8    sources whose accuracy cannot reasonably be questioned. …"

9    Dated: June 4, 2008                                 Respectfully Submitted,
                                                         McCarthy & Holthus, LLP
10

11                                          By:    /s/ Daniel Goulding
                                                   Daniel Goulding, Esq.
12                                                 Attorney for Midland

**McCARTHY & HOLTHUS, LLP**
ATTORNEYS AT LAW
1700 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4810

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

L:\Word Legacy Documents\Templates\Civil\CA Answer.doc

**EXHIBIT 1**

Recording requested by:

When recorded mail to:

Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101
619-645-7711

**CONFORMED COPY**

COPY   of Document Recorded

on  5-27-08       as No. 2008-0282646

Has not been compared with original.

---

Space above this line for recorders use

---

TS # CA-08-131508-CH                Order # 1590817                Loan # 51400628

## Substitution of Trustee

   WHEREAS, Bruce W. Orman, An Unmarried Man was the original Trustor, DSL Service Company, A California Corporation was the original Trustee, and Downey Savings and Loan Association, F.A. was the original Beneficiary under that certain Deed of Trust dated 11/16/2005 and recorded on 11/28/2005 as Instrument No. 2005-1022711, in book xxx, page xxx of Official Records of SAN DIEGO County, CA; and

   WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and

   WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and stead of said original Trustee, or Successor Trustee, thereunder, in the manner provided for in said Deed of Trust,

   NOW, THEREFORE, the undersigned hereby substitutes QUALITY LOAN SERVICE CORPORATION,as Trustee under said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

Page 1

Substitution of Trustee - CA
TS # CA-08-131508-CH
Page 2

Dated: 2/16/2008

Deutsche Bank National Trust Company, as Trustee

By: _Melissa Page_ _____

State of Oklahoma       )
County of Oklahoma     )

On 2/16/08 before me, _Christina Thomason_ a notary public, personally appeared _Melissa Page_ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Christina Thomason_ (Seal)

CHRISTINA THOMASON
Notary Public
State of Oklahoma
Commission # 07007405  Expires 08/13/11

**EXHIBIT 2**

Recording requested by:
Quality Loan Service Corp.

When recorded mail to:
Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101

**CONFORMED COPY**

**COPY** of Document Recorded
on __5-27-08__ as No. __2008-0282647__
Has not been compared with original.

TS # CA-08-131508-CH          Loan # 51400628                    SPACE ABOVE THIS LINE FOR RECORDER'S USE

# NOTICE OF TRUSTEE'S SALE

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 11/16/2005. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 to the Financial code and authorized to do business in this state, will be held by duly appointed trustee. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust, with interest and late charges thereon, as provided in the note(s), advances, under the terms of the Deed of Trust, interest thereon, fees, charges and expenses of the Trustee for the total amount (at the time of the initial publication of the Notice of Sale) reasonably estimated to be set forth below. The amount may be greater on the day of sale.

**BENEFICIARY MAY ELECT TO BID LESS THAN THE TOTAL AMOUNT DUE.**

Trustor(s):      **Bruce W. Orman, An Unmarried Man**
Recorded:       **11/28/2005** as Instrument No. **2005-1022711** in book xxx, page xxx of Official Records in the office of the
                Recorder of **SAN DIEGO** County, California;

Date of Sale:   **6/12/2008 at 10:00 AM**
Place of Sale:  **At the South entrance to the County Courthouse, 220 West Broadway, San Diego, CA.**
Amount of unpaid balance and other charges: **$446,100.80**
The purported property address is:        **1149 THISTLEWOOD AVE**
                                          **CHULA VISTA, CA 919131571**

Assessors Parcel No. **642-510-04**

The undersigned Trustee disclaims any liability for any incorrectness of the property address or other common designation, if any, shown herein. If no street address or other common designation is shown, directions to the location of the property may be obtained by sending a written request to the beneficiary within 10 days of the date of first publication of this Notice of Sale.

**If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no further recourse.**

Date: **5/20/2008**                       Quality Loan Service Corp.
                                          2141 5th Avenue
                                          San Diego, CA 92101
                                          619-645-7711 For NON SALE information only
                                          Sale Line: 714-259-7850 or Login to: www.fidelityasap.com
                                          Reinstatement Line: 619-645-7711 x3704

                                          Nancy Weik

If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the note holder's rights against the real property only.

**THIS NOTICE IS SENT FOR THE PURPOSE OF COLLECTING A DEBT. THIS FIRM IS ATTEMPTING TO COLLECT A DEBT ON BEHALF OF THE HOLDER AND OWNER OF THE NOTE. ANY INFORMATION OBTAINED BY OR PROVIDED TO THIS FIRM OR THE CREDITOR WILL BE USED FOR THAT PURPOSE.**

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit report agency if you fail to fulfill the terms of your credit obligations.