**McCARTHY & HOLTHUS, LLP**
Daniel J. Goulding, Esq. (SBN: 120561)
Matthew Podmenik, Esq. (SBN: 219364)
David C. Scott, Esq. (SBN: 225893)
1770 Fourth Avenue
San Diego, CA 92101
 Telephone: (619) 243-3964
 Facsimile: (619) 685-4811
Attorneys for Defendant,
Midland Mortgage Co.

## UNITED STATES DISTRICT COURT

## IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bruce W. Orman,, <br> Plaintiff, <br> v. <br> Downey Savings and Loan Association et al., <br> Defendants. | Case No. 08CV0943JNLS <br><br> **PROOF OF SERVICE** <br><br> Date: 6/06/2008 <br> Time: 1:30 p.m. <br> Crtrm.: 10 |

### DECLARATION OF SERVICE

I, Tracie Kobayashi, declare:

I am a citizen of the United States and I am employed in the County of San Diego, State of California; I am over the age of 18 years and not a party to this action; my business address is 1770 Fourth Avenue, San Diego, California 92101.

I further declare that I am readily familiar with the business practice of McCarthy & Holthus, LLP for service of documents, that documents served by facsimile are transmitted in and the original deposited with the United States Postal Service in our ordinary course of business on the same day, the documents served by mail are deposited with the United States Postal Service in the ordinary course of business the same day and that documents served personally are delivered the same day.

On June 5, 2008, I served the following document(s):
**MIDLAND MORTGAGE CO.'S OPPOSITION TO PLAINTIFF'S REQUEST FOR A RESTRAINING ORDER**
;

1  Bruce W. Orman
2  1149 Thistlewood Ave.
   Chula Vista, CA 91913

3       in the following manner of service (check appropriate):

4       __XX__       **BY MAIL:** I placed a true copy in a sealed envelope addressed as
5  indicated above. I am readily familiar with the firm's practice of collection and processing
6  correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the
7  ordinary course of business. I am aware that on a motion of party served, service is presumed
8  invalid if postal cancellation date or postage meter date is more than one date after date of deposit
9  for mailing in affidavit.

10      _____      **BY FACSIMILE:** I transmitted all documents to all parties in this action by
11 facsimile at the telephone number(s) indicated above and thereafter placed each such sealed
12 envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at the
13 Law Offices of McCarthy & Holthus, LLP, San Diego, California.

14      _____      **BY AIRBORNE EXPRESS:** I caused such documents to be delivered by
15 Airborne Express to the offices of the addressee(s)

16      _____      **BY PERSONAL SERVICE:** I caused such envelope to be delivered by
17 hand to the addressee(s) above.

18      I declare under penalty of perjury under the laws of the State of California, that the
19 foregoing is true and correct. Executed on June 5, 2008 at San Diego, California.

20                                     By: _~~Tracie Kobayashi~~_ LISA RODRIGUEZ

---

5
**OPPOSITION TO TRO**

L:\Word Legacy Documents\Templates\Civil\CA Answer.doc