# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE W. ORMAN,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.; MIDLAND MORTGAGE CO.; AND QUALITY LOAN SERVICE CORP.,<br><br>　　　　　　　　　　Defendant. | CASE NO. 08CV0943 DMS (NLS)<br><br>**ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION SUBJECT TO POSTING BOND** |

　　　On May 28, 2008, Plaintiff filed a complaint and ex parte motion seeking temporary restraining order to enjoin the foreclosure sale of his residence. The foreclosure sale initially was scheduled for May 29, 2008, at 10:00 a.m., but was postponed until June 12, 2008. Accordingly, the Court heard this matter on June 6, 2008, on a motion for preliminary injunction. Matthew E. Podmenik appeared for Defendant Midland Mortgage Co at the hearing and Plaintiff appeared *pro se*.

　　　By stipulation of the parties, Plaintiff's motion to enjoin the sale of his residence is granted subject to Plaintiff posting a $25,000.00 bond with the Clerk of Court by Wednesday, June 11, 2008, 12:30 p.m. Upon posting such bond, Defendants shall be enjoined from foreclosing upon the subject property located at 1149 Thistlewood Avenue, Chula Vista, California, 91913, until further order of

1 | the Court. If Plaintiff fails to post bond as set forth in this Order, Defendants may proceed with
2 | foreclosure in accordance with the noticed sale.
3 | **IT IS SO ORDERED.**
4 |
5 | DATED: June 9, 2008

_____
HON. DANA M. SABRAW
United States District Judge