# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE W. ORMAN,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.; MIDLAND MORTGAGE CO.; AND QUALITY LOAN SERVICE CORP.,<br><br>　　　　　　　　　Defendant. | CASE NO. 08CV0943 DMS (NLS)<br><br>**ORDER DENYING EX PARTE EMERGENCY MOTION FOR EXTENSION OF TIME TO POST BOND TO STAY FORECLOSURE SALE** |

On June 9, 2008, pursuant to stipulation of the parties, the Court entered an order temporarily staying the sale of property located at 1149 Thistlewood Ave., Chula Vista, CA 91913, subject to Plaintiff's posting a bond by June 11, 2008. On June 11, 2008, Plaintiff filed the instant motion for an extension of time to post the bond. Plaintiff has since notified the Court that the instant motion is moot because Defendants have agreed to postpone the sale of his property for a period of time agreeable to Plaintiff. Accordingly, Plaintiff's motion is denied as moot.

**IT IS SO ORDERED.**

DATED: June 17, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　HON. DANA M. SABRAW
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge