# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE W. ORMAN,<br><br>　　　　　　Plaintiff,<br>v.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.; MIDLAND MORTGAGE CO.; QUALITY LOAN SERVICE CORP.,<br><br>　　　　　　Defendants. | Civil No.08cv943 DMS (NLS)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE, AND NOTICE OF *TELEPHONIC* CASE MANAGEMENT CONFERENCE** |

　　　　On August 25, 2008, the Court convened an Early Neutral Evaluation Conference in the above-entitled action. The case did not settle. The Court discussed compliance with Federal Rule of Civil Procedure, Rule 26, and based thereon, issues the following orders:

　　　　1.　　Counsel are ordered to appear **telephonically** on *October 17, 2008 at 10:30 a.m.* before Magistrate Judge Stormes for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). **Plaintiff** shall initiate the telephonic conference.

　　　　2.　　The Rule 26(f) conference shall be completed on or before *September 26, 2008*.

　　　　3.　　A Joint Discovery Plan shall be lodged with Magistrate Judge Stormes on or before *October 6, 2008*.  (The date and time for the CMC should be included in the caption of the Joint Discovery Plan.)

/ / /

1    4.    The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur on or before
2 ***October 10, 2008***.
3    Plaintiff counsel shall serve a copy of this order on all parties that enter this case hereafter. Each
4 responsible attorney of record and all parties representing themselves shall participate in the conference.
5 Represented parties need not participate.
6    Failure of any counsel or party to comply with this order will result in sanctions.
7    **IT IS SO ORDERED.**
8 DATED: September 2, 2008

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge