**McCARTHY & HOLTHUS, LLP**
Daniel J. Goulding, Esq. (SBN: 120561)
Matthew Podmenik, Esq. (SBN: 219364)
David C. Scott, Esq. (SBN: 225893)
1770 Fourth Avenue
San Diego, CA 92101
 Telephone:  (619) 243-3964
 Facsimile:  (619) 685-4811
Attorneys for Defendant,
Midland Mortgage Co.

## UNITED STATES DISTRICT COURT

## IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bruce W. Orman,<br>           Plaintiff,<br>v.<br>Downey Savings and Loan Association et al.,<br>           Defendants. | Case No. 08CV0943JNLS<br><br>**NOTICE OF SETTLEMENT** |

On August 25, 2008, Plaintiff, Bruce W. Orman in pro per and Defendants, Midland Mortgage Co. and Quality Loan Service, Corp. by and through their attorney of record, Daniel Goulding, Esq. of the law firm of McCarthy & Holthus, LLP appeared in front of the Hon. Nita L. Stormes for an Early Neutral Evaluation Conference.

The case did not settle at the Early Neutral Evaluation Conference, however the Hon. Nita L. Stormes had suggested that Defendants prepare a settlement agreement pursuant to the final offer they made to the Plaintiff and to send to Plaintiff for his consideration. The settlement agreement was drafted, sent to Plaintiff, and Plaintiff executed the settlement agreement on August 28, 2008. The agreement has likewise been executed by Midland Mortgage Co. and Quality Loan Service, Corp. and required Plaintiff to immediately dismiss the entire action with prejudice.

Date: September 6, 2008

                              Respectfully Submitted
                              McCarthy and Holthus, LLP

                       By:    /s/ Daniel Goulding
                              Daniel Goulding, Esq.
                              Attorney for Midland Mortgage Co.

## DECLARATION OF SERVICE

I, Tracie Kobayashi, declare:

I am a citizen of the United States and I am employed in the County of San Diego, State of California; I am over the age of 18 years and not a party to this action; my business address is 1770 Fourth Avenue, San Diego, California 92101.

I further declare that I am readily familiar with the business practice of McCarthy & Holthus, LLP for service of documents, that documents served by facsimile are transmitted in and the original deposited with the United States Postal Service in our ordinary course of business on the same day, the documents served by mail are deposited with the United States Postal Service in the ordinary course of business the same day and that documents served personally are delivered the same day.

On September 8, 2008, I served the following document(s):
**NOTICE OF SETTLEMENT**

;

Bruce W. Orman
1149 Thistlewood Ave.
Chula Vista, CA 91913

in the following manner of service (check appropriate):

__XX__   **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on a motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one date after date of deposit for mailing in affidavit.

_____   **BY FACSIMILE:** I transmitted all documents to all parties in this action by facsimile at the telephone number(s) indicated above and thereafter placed each such sealed

envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at the Law Offices of McCarthy & Holthus, LLP, San Diego, California.

       _____   **BY AIRBORNE EXPRESS:** I caused such documents to be delivered by Airborne Express to the offices of the addressee(s)

       _____   **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the addressee(s) above.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed on September 8, 2008 at San Diego, California.

                                      By:   /s/ Tracie Kobayashi
                                                Tracie Kobayashi

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1700 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4810

3
**Notice of Settlement**

L:\Word Legacy Documents\Templates\Civil\CA Answer.doc